UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO LIZ, *on behalf of himself and all others similarly situated*,

            Plaintiffs,

– *agains*t –

BLENKO GLASS COMPANY, INC.,

            Defendant.

**ORDER**

24-cv-815 (ER)

Ramos, D.J.:

On February 5, 2024, Pedro Liz brought this action on behalf of himself and all other persons similarly situated against Blenko Glass Company, Inc. Doc. 1. On February 6, 2024, electronic summons were issued, and on February 14, 2024, Adam Ennis filed a notice of appearance on behalf of Blenko Glass Company. Docs. 4, 5. Since then, there has been no activity in this case.

Liz is directed to submit a status letter by no later than April 18, 2025. Failure to do so may result in dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:     April 11, 2025
             New York, New York

_____
Edgardo Ramos, U.S.D.J.