**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

PEDRO LIZ, on behalf of himself and
all others similarly situated,

                          Plaintiff,

                -against-

BLENKO GLASS COMPANY, INC.,

                   Defendants.

_____x

Civil Action No.

1:24-cv-815

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Plaintiff, Pedro Liz, and Defendant, Blenko Glass Company, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: April 15, 2025

By: *Gabriel Levy*
_____
Gabriel A. Levy, Esq.
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____
Adam S. Ennis, Esq.
*Attorneys for Defendant*
Steptoe & Johnson PLLC
One PPG Place
Suite 3300
Pittsburgh, PA 15222
T : 412-504-8055
Adam.ennis@steptoe-johnson.com